**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA RABINOWITZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | Civil Action No. 3:21-cv-12113-MAS-RLS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action stipulate that the action is voluntarily dismissed with prejudice as to all defendants, with each party to bear their own fees and costs, and that the claims on behalf of the putative class are dismissed without prejudice.

Dated:  August 26, 2022                By: s/ Lawrence C. Hersh
                                                            Lawrence C. Hersh, Esq.
                                                            *Attorney for Plaintiff*

Dated:  August 26, 2022                By:  s/ Sean O'Brien, Esq.
                                                              Sean O'Brien, Esq.
                                                              *Attorney for Defendant*

So Ordered this 26th day of August, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**